UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SUNCOAST ROOFERS SUPPLY, INC.,

Debtor.

Chapter 11

Case No. 8:07-bk-11039-KRM

_____/

### ORDER APPROVING APPLICATION FOR AUTHORIZATION TO EMPLOY THE KRAUSS ORGANIZATION AS REAL ESTATE BROKER WITH RESPECT TO PARCEL OF PROPERTY LOCATED IN HILLSBOROUGH COUNTY, FLORIDA

THIS CAUSE came on for hearing on May 15, 2008, at 9:30 a.m. for consideration of the Debtor's Application for Authorization to Employ the Krauss Organization as Real Estate Broker with Respect to Parcel of Property Located in Hillsborough County, Florida (Docket No. 430) (the "Application"). For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

ORDERED that:

1. The Application is approved.

2. The Debtor is authorized to employ The Krauss Organization ("Krauss") on an exclusive basis to market and sell a parcel of real property located at Diana Street, Parcel No. 5, Hillsborough County, Florida which the Debtor acquired from Circle L Holdings of Tampa, LLC (the "Circle L Property").

3. The Debtor is authorized without further order of the Court to pay Krauss a commission of six percent (6%) of the gross purchase price of the contract. The

commission shall be paid at closing from the proceeds realized from the sale of the Circle L Property.

4.      The term of Krauss' exclusive right to market and sell the Circle L property is subject to review by the Court or any party in interest.

DONE AND ORDERED at Tampa, Florida, on _June 18, 2008_

K. RODNEY MAY
United States Bankruptcy Judge

Copies furnished to:

Russell M. Blain, Esquire
Amy Denton Harris, Esquire
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602

Theresa M. Boatner, Esquire
Office of the United States Trustee
501 East Polk Street, Suite 1200
Tampa, Florida  33602

Robert A. Soriano, Esquire
Greenberg Traurig, P.A.
625 East Twiggs Street, Suite 100
Tampa, Florida  33602

The Krauss Organization
ATTN: Ron Faber
711 North Sherril Street
Tampa, Florida  33609